AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>CAROLYN BRYANT-TAYLOR<br><br>*Defendant* | )<br>)  Case No.  6:23CR00022-001<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CAROLYN BRYANT-TAYLOR                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

  Conspiracy to Commit Health Care Fraud, Health Care Fraud, Obstruction of Justice, and Money Laundering

Date:   11/28/2023

*Issuing officer's signature*

City and state:   Roanoke, Virginia                             ELIZABETH K. DILLON, U.S. DISTRICT JUDGE
*Printed name and title*

(signed) C. Amos, Deputy Clerk

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*