THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 6:23CR22

v.

Carolyn Bryant-Taylor

DATE: 12/4/2023

TYPE OF HEARING: ARR

*********************************************************************************

PARTIES:

1. C. Kailani Memmer
2. Kristin Johnson, AUSA, Nicole Terry
3. David Damico, CJA
4. Carolyn Bryant-Taylor, Def
6. Alison Spence, USPO
7. Sean Sweeney, USPO
8.
9.
10.

*********************************************************************************

Recorded by: K. Saville                          Time in Court: 55 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:53 | 1 | 410 | 1 |  | 3 |  |  |  |  |
|  | 4 |  | 4 |  | 2 |  |  |  |  |
|  | 3 |  | 3 | 441 | 1 |  |  |  |  |
|  | 1 | 413 | 1 |  | 4 |  |  |  |  |
|  | 4 |  | 3 |  | 7 |  |  |  |  |
|  | 3 |  | 4 |  | 2 |  |  |  |  |
|  | 2 |  | 3 | 446 | 1 |  |  |  |  |
|  | 3 |  | 2 |  | 2 |  |  |  |  |
| 403 | 1 |  | 3 |  | 3 |  |  |  |  |
|  | 4 |  | 1 |  | 4 |  |  |  |  |
|  | 3 |  | 2 | 449 | 1 |  |  |  |  |
| 405 | 1 |  | 3 |  |  |  |  |  |  |
|  | 2 | 4:34 | 1 |  |  |  |  |  |  |