# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 6:23CR22 |
| ) | |
| CAROLYN BRYANT-TAYLOR, ) | |
| ) | |
| Defendant | |

## MOTION TO RECONSIDER

On this day came the Defendant, by counsel, and moved the Court to reconsider its order entered on December 4, 2023, requiring the defendant to pay the Clerk of this Court the sum of $5,000 on or before December 19, 2023.

In support of her motion to reconsider, the defendant alleges that the company which employed her at the time of the Court's December 4 order has gone out of business and she is no longer receiving income from them. The defendant is seeking other employment, but it is unlikely she will be earning the same amount of income which she was previously earning from the company, which is also related to the allegations contained in the indictment against her.

Accordingly, the defendant requests that the Court either rescind the requirement that she pay $5,000, or give her an extension of time to raise the funds until late January 2024.

Respectfully submitted by:

       *s/*    ***David J. Damico***
David J. Damico, Esquire
VSB No. 16229
Counsel for the Defendant
313 Campbell Avenue, S.W.
Roanoke, VA 24007-1578
DJD@damicolawfirm.com
O 540 343 0888
F 540 345 0275

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of December, 2023, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kristin B. Johnson, Assistant United States Attorney.

          s/    ***David J. Damico***
                 David J. Damico, Esquire
                 VSB No. 16229
                 Counsel for the Defendant
                 313 Campbell Avenue, S.W.
                 Roanoke, VA 24007-1578
                 DJD@damicolawfirm.com
                 O 540 343 0888
                 F 540 345 0275