# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 6:23CR00022-001        **Date:** August 26, 2025

**Defendant:** Carolyn Bryant-Taylor (Bond)        **Counsel:** David J. Damico (CJA)

| PRESENT: | JUDGE: | Norman K. Moon | TIME IN COURT: 10:30 – 10:50 a.m. (20 mins) |
| --- | --- | --- | --- |
|  | Deputy Clerk: | Carmen Amos |  |
|  | Court Reporter: | Whitney Stier |  |
|  | U. S. Attorney: | Jonathan Jones, Laura Taylor, and Nicole Terry |  |
|  | USPO: | Josh Armstron, covering for Andrew Ridgway |  |
|  | Case Agent: | SA Megan Effing, FBI |  |
|  | Interpreter: | N/A |  |

**PROCEEDINGS:**

☒ Plea Agreement filed with court.
☒ Defendant re-arraigned as to Count 1 of the Superseding Indictment.
☒ Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests. Statement of Facts filed with court.
☒ Court finds defendant guilty as charged in Count 1 of the Superseding Indictment.
.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
| --- | --- | --- | --- | --- |
| 1 | Count 1 of the Superseding Indictment. |  |  |  |

☒ Court orders Presentence Report.
☒ Defendant to remain on bond.
☐ Defendant remanded to custody.
☒ Sentencing hearing scheduled for TBD before Judge Moon.

Additional Information: