CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/22/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 6:23-cr-00022 |
| ) | |
| CAROLYN BRYANT-TAYLOR ) | |
| ENO UTUK ) | |
| KAFOMDI JOSEPHINE OKOCHA, ) | |
| SAMUEL OKOCHA ) | |
| SHEKITA GORE ) | |
|     a/k/a SHEKITA STEELE ) | |

**PRELIMINARY ORDER OF FORFEITURE AS TO DEFENDANTS CAROLYN BRYANT-TAYLOR, ENO UTUK, KAFOMDI OKOCHA, SAMUEL OKOCHA, AND SHEKITA GORE**

**IT IS HEREBY ORDERED THAT:**

    **A.** As a result of Defendants' guilty plea to Count 1 of the Superseding Indictment, violation of 18 U.S.C. § 1349, as well as Defendants' agreement to forfeit certain assets and consent to waive notice of forfeiture, Defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, the following:

    All property constituting or derived from proceeds the defendants obtained directly or indirectly as the result of such violations.

    **B.** The Court has determined based on the evidence of record and Defendants' plea agreements that the following property is forfeited pursuant to one or more of the above statutes, in that the parties agree the government has established the requisite nexus between such property and said statutes, and the Court so finds:

| | Asset ID No. | Item Description |
|---|---|---|
| (1) | 24-FBI-003965 | $911,358.47 in U.S. Currency seized from PNC Bank |

    **C.** The United States is authorized to seize the forfeited property whether held by Defendants or by a third party and shall:

    **(1)** pursuant to 21 U.S.C. § 853(n) publish notice of this Order, thereby giving notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendants, having or

claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier, and shall file the original petition with the U.S. District Court Clerk's Office, Lynchburg Division, 1101 Court Street, Room #A66, Lynchburg, VA 24504 and shall certify a copy of said petition to the U.S. Attorney's Office, Asset Forfeiture Section, P.O. Box 1709, Roanoke, VA 24008. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought;

**(2)** to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified;

**D.** Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(B), discovery may be conducted in accordance with the Federal Rules of Civil Procedure to the extent necessary or desirable to resolve factual issues.

**E.** The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

**F.** The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**G.** Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Order of Forfeiture shall become final as to the defendants upon entry and shall be made a part of the sentence and included in the judgment.

**ENTERED THIS 22nd DAY OF SEPTEMBER, 2025.**

_____
**NORMAN K. MOON**
**SENIOR UNITED STATES DISTRICT JUDGE**