CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/22/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:23-CR-00022 |
| v. | CRIMINAL PREHEARING ORDER |
| CAROLYN BRYANT-TAYLOR; KAFOMDI OKOCHA; SAMUEL OKOCHA; SHEKITA GORE a/k/a SHEKITA STEELE; ELIZABETH ILOME; AND ENO UTUK, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

This criminal case is set for an evidentiary hearing on **October 16, 2025, at 9:00 a.m.** in Lynchburg, Virginia. The Government and Defendants are **ORDERED** to file the following pre-hearing submissions on or before these deadlines[1]:

1. **Proposed Findings of Fact:** The parties shall file proposed findings of fact as to the total loss due to fraud by **October 6, 2025.** Proposed findings of fact must state the grounds on which each finding is based.

2. Witness and exhibit lists shall be filed no later than **October 6, 2025.** Exhibits shall be uploaded to the Court's Box.com link. The parties shall contact Carmen Amos, Scheduling Clerk, at (434) 847-5722 for further information.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

---

[1] If the hearing is continued to a later date, these submission deadlines will apply as to the new date.

Entered this __22nd__ day of September, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE